

# United States District Court
# Eastern District of California

DANIEL ACEVEDO GARCIA

Plaintiff(s)

Case Number:  1:26-cv-2213-DC-CKD

V.

PAMELA BONDI ET AL.,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Gennaro Du Terroil _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Petitioner, Daniel Acevedo Garcia

On _____05/28/2009_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Texas_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:_____03/01/2026_____          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Gennaro Du Terroil

Law Firm Name: Law Office of Gennaro Du Terroil

Address: 4211 Gardendale Suite 200A

City: San Antonio    State: TX    Zip: 78229

Phone Number w/Area Code: (210) 255-8999

City and State of Residence: San Antonio, Texas

Primary E-mail Address: gduterroil@gdtlawfirm.com

Secondary E-mail Address: cibelliterroil@outlook.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Baustista Immigration Law, P.C

Address: 1227 Laurel Street

City: San Carlos    State: CA    Zip: 94070

Phone Number w/Area Code: 650 674 6040    Bar # 336327

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 23, 2026

_____
JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Gennaro Gail Du Terroil Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 28th day of May, 2009.

I further certify that the records of this office show that, as of this date

**Gennaro Gail Du Terroil Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature



and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of March, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9028C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.